IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES DOUGLAS YODER, #A97771,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO DAVID, et al.,<br><br>Defendants. | Case No. 21-CV-01385-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of March 5, 2025 (Doc. 185), Plaintiff Charles Douglas Yoder's claims against Defendants Wexford Health Sources, Inc., Alfonso David, Brandon Edwards, and Daniel Monti are **DISMISSED**. Plaintiff shall recover nothing, and this action is **DISMISSED with prejudice in its entirety**.

    DATED:   March 5, 2025

                                                               MONICA A. STUMP,
                                                              Clerk of Court

                                                               By:  s/ *Jackie Muckensturm*
                                                                           Deputy Clerk

  APPROVED: s/ *Stephen P. McGlynn*
                    STEPHEN P. McGLYNN
                    U.S. District Judge